

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00286-CR

## IN RE JUSTIN S. MATTHEWS

---

## Original Proceeding

---

# ORDER

---

Justin S. Matthews's petition for writ of mandamus was filed on September 2, 2016. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this order.

                                                    PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed September 14, 2016

